**JOHN FELLOWS III (#103968)**  JS-6
City Attorney
**PATRICK Q. SULLIVAN (#179922)**
Assistant City Attorney
**DELLA THOMPSON-BELL (#224846)**
Deputy City Attorney
3031 Torrance Blvd.   NOTE: CHANGES MADE BY THE COURT
Torrance, CA  90503-5059
Telephone: (310) 618-5810
Fax: (310) 618-5813
Email: DThompsonBell@TorranceCA.gov

**ROBERT D. ACCIANI (#141277)**
Law Office of Robert D. Acciani
21250 Hawthorne Boulevard, Suite 500
Torrance, CA 90503
Telephone: (310) 594-1580
Fax: (310) 375-0890
Email: rda@accianilaw.com

Attorney for Defendants: CITY OF TORRANCE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SANDBERG, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF RODNEY SANDBERG, KAY SANDBERG, AN INDIVIDUAL AND MONE SELF, AN INDIVIDUAL, <br><br>    Plaintiff, <br><br>  v. <br><br> CITY OF TORRANCE, et al. <br><br>    Defendants. | CASE NO.  CV08-08335 VBF (SSx) <br><br> **JUDGMENT** |

On March 16, 2010, a jury was sworn, and a trial commenced in this action. Plaintiffs, Christina Sandberg and Kay Sandberg, were represented by their counsel,

---
1
**[PROPOSED] JUDGMENT**

Jeffrey LeBeau and Robert Damone, while the Defendants, City or Torrance, Keith Thompson, Ryan Galassi, Tyrone Gribben, Ronald Salary and Jeremiah Hart were represented by their counsel, Robert D. Acciani and Della Thompson-Bell.

After the plaintiffs' evidence was presented and they were fully heard on the issues, defendants moved the Court for a Judgment pursuant to Fed. Rule of Civ. Pro. Rule 50(a) of the Federal Rules of Civil Procedure.

The Court finds, as contained and fully set forth in its separately filed ORDER, that a reasonable jury would not have a legally sufficient evidentiary basis to find in the Plaintiffs' favor that any defendant used excessive force on Rodney Sandberg in violation of the Fourth Amendment and **GRANTS** Defendants' motion for judgment as a matter of law. The Court finds that Defendants are entitled to judgment as a matter of law on all of the Plaintiffs' claims for (1) excessive use of force, both deadly and non-deadly, as against Defendants Ryan Galassi, Tyrone Gribben, Jeremiah Hart, Ronald Salary and Keith Thompson, under 42 U.S.C. section 1983; (2) supervisory liability for excessive use of force as against Defendant Jeremiah Hart, under 42 U.S.C. section 1983; and (3) excessive use of force, both deadly and non-deadly, as against the City of Torrance, under 42 U.S.C. section 1983.

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is granted to the defendants, the plaintiffs take nothing, the action be dismissed on the merits, with prejudice, and Defendants shall recover their costs pursuant to a Bill of Costs to be filed.

Dated:  _**March 26, 2010** _____

*Valerie Baker Fairbank*

United States District Judge