**JOHN FELLOWS III (#103968)**
City Attorney
**PATRICK Q. SULLIVAN (#179922)**
Assistant City Attorney
**DELLA THOMPSON-BELL (#224846)**
Deputy City Attorney
3031 Torrance Blvd.
Torrance, CA  90503-5059
Telephone: (310) 618-5810
Fax: (310) 618-5813
Email: DThompsonBell@TorranceCA.gov

NOTE: CHANGES MADE BY THE COURT

**ROBERT D. ACCIANI (#141277)**
Law Office of Robert D. Acciani
21250 Hawthorne Boulevard, Suite 500
Torrance, CA 90503
Telephone: (310) 594-1580
Fax: (310) 375-0890
Email: rda@accianilaw.com

Attorney for Defendants: CITY OF TORRANCE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA SANDBERG, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF RODNEY SANDBERG, KAY SANDBERG, AN INDIVIDUAL AND MONE SELF, AN INDIVIDUAL,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF TORRANCE, KEITH THOMPSON, RYAN GALASSI, TYRONE GRIBBEN, RONALD SALARY AND JEREMIAH HART, individually and as peace officers,<br><br>    Defendants. | CASE NO.  CV08-08335 VBF (SSx)<br><br>**AMENDED JUDGMENT** |

On March 16, 2010, a jury was sworn, and a trial commenced in this action. Plaintiffs, Christina Sandberg and Kay Sandberg, were represented by their counsel,

1
**JUDGMENT**

Jeffrey O. Le Beau and Robert P. Damone, while the defendants, City of Torrance, Keith Thompson, Ryan Galassi, Tyrone Gribben, Ronald Salary, and Jeremiah Hart, were represented by their counsel, Robert D. Acciani and Della Thompson-Bell.

After the plaintiffs' evidence was presented and they were fully heard on the issues, the defendants moved the Court for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

The Court finds, as contained and fully set forth in its separately filed ORDER, that a reasonable jury would not have a legally sufficient evidentiary basis to find in the plaintiffs' favor that any defendant used excessive force on Rodney Sandberg in violation of the Fourth Amendment, and **GRANTS** the defendants' motion for judgment as a matter of law.  The Court finds that the defendants are entitled to judgment as a matter of law on all of the plaintiffs' claims for (1) excessive use of force, both deadly and non-deadly, as against defendants Ryan Galassi, Tyrone Gribben, Jeremiah Hart, Ronald Salary and Keith Thompson, under 42 U.S.C. § 1983; (2) supervisory liability for excessive use of force as against defendant Jeremiah Hart, under 42 U.S.C. § 1983; and (3) excessive use of force, both deadly and non-deadly, as against the City of Torrance, under 42 U.S.C. § 1983.

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is granted to the defendants, the plaintiffs take nothing, the action be dismissed on the merits, with prejudice, and the defendants shall recover their costs pursuant to a Bill of Costs to be separately filed and served.

Dated: March 29, 2010 _____

*Valerie Baker Fairbank*

United States District Judge